COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



| | | |
|---|---|---|
| VIRGINIA CISNEROS, | § | No. 08-21-00048-CV |
| Appellant, | § | Appeal from the |
| v. | § | 388th District Court |
| AUGUSTIN PUENTES, JR., | § | of El Paso County, Texas |
| Appellee. | § | (TC# 2019DCV1100) |
| | § | |

# J U D G M E N T

The Court has considered this cause on the record and concludes there was error in the judgment. We therefore reverse the trial court's order clarifying the Amended Decree and remand the cause for further proceedings in accordance with this Court's opinion. We further order that Appellant recover from Appellee all costs of this appeal, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 28TH DAY OF DECEMBER, 2022.

ROY B. FERGUSON, Judge

Before Rodriguez, C.J., Alley, J, and Ferguson, Judge
Ferguson, Judge, sitting by assignment